JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132

Attorney for Defendant
JASON LEE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1: 05-CR-00204 AWI |
| | ) | |
| Plaintiff, | ) | **ORDER FOR EARLY** |
| v. | ) | **TERMINATION OF SUPERVISED** |
| | ) | **RELEASE** |
| JASON LEE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, JASON LEE's   Motion for Early Termination of Supervised Release came on regularly for hearing before the Honorable Anthony W. Ishii, Senior United States District Judge on March 31, 2014.

After consideration of the motion and arguments of counsel, the Court agrees that there is no need for continued supervision of Jason Lee. The Court hereby grants the defendant's Motion For Early Termination of Supervised Release.

IT IS HEREBY ORDERED that the 60-month term of Supervised Release imposed on JASON LEE on July 6, 2006 is terminated.

IT IS SO ORDERED.

Dated:   March 31, 2014                         _____
                                                SENIOR  DISTRICT  JUDGE